IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERENCE B. HARRIS,

               Petitioner,               No. CIV S-04-2170 RRB KJM P

     vs.

S. KERNAN, Warden,

               Respondent.          <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

         Petitioner, a state prison inmate proceeding pro se, has filed a petition for a writ of habeas corpus, challenging his 2002 denial of parole.  He argues that the board's decision is not supported by the requisite "some evidence" and that continued reliance on the facts of the offense violates due process.

         On June 15, 2007, this case was reassigned from Judge Levi to Judge Beistline; the copy of the order served on petitioner was returned to the court as undeliverable.

         A member of the court's staff called the CDCR's locator number and learned that petitioner was paroled on May 7, 2007.  Accordingly, this action is moot.

         Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed.

/////

1        These findings and recommendations are submitted to the United States District

2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3  days after being served with these findings and recommendations, any party may file written

4  objections with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

6  shall be served and filed within ten days after service of the objections.  The parties are advised

7  that failure to file objections within the specified time may waive the right to appeal the District

8  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

9  DATED:  August 31, 2007.

_____
U.S. MAGISTRATE JUDGE

2

harr2170.157